# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Taft-Hartley Trust Funds, *et al.*, | No. CV-23-01217-PHX-JJT |
| Plaintiffs, | **DEFAULT JUDGMENT** |
| v. | |
| BG Electric & Lighting LLC, | |
| Defendant. | |

At issue is Plaintiffs Motion for Entry of Judgment by Default (Doc. 23) to which Defendant did not file a response. Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiffs Motion for Entry of Judgment by Default (Doc. 23).

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiffs and against Defendant for work performed during the months of March and April 2023 as follows:

A.    To IBEW Local Union No. 640 and Arizona Chapter NECA Health &Welfare Fund, the sum of $25,491.40 as and for contributions and the sum of $2,549.14 as and for liquidated damages.

B.    To IBEW Local Union No. 640 and Arizona Chapter NECA Pension Fund, the sum of $8,857.76 as and for contributions and the sum of $885.78 as and for liquidated damages.

C.    To Plaintiff Phoenix Electrical Industry Joint Apprenticeship and Training Committee, the sum of $1,803.76 as and for contributions, the sum of $180.38 as and for liquidated damages.

D.    To Plaintiff IBEW Local Union No. 640 and Arizona Chapter NECA Defined Contribution Fund, the sum of $3,169.60 as and for contributions and the sum of $316.96 as and for liquidated damages.

E.    To Plaintiff National Electrical Benefit Fund, the sum of $3,856.34 as and for contributions and the sum of $385.63 as and for liquidated damages.

F.    To Plaintiff NECA-IBEW National Labor-Management Cooperative Fund, the sum of $39.67 as and for contributions and the sum of $3.97 as and for liquidated damages.

G.    To Plaintiff Labor-Management Cooperation Fund, the sum of $317.28 as and for contributions and the sum of $31.73 as and for liquidated damages.

H.    To Plaintiff Arizona Chapter NECA/IBEW Local 640 Drug-Free Workplace Program, the sum of $1,150.15 as and for contributions and the sum of $115.02 as and for liquidated damages.

I.    To Plaintiff Local Union No. 640, International Brotherhood of Electrical Workers the sum of $5,141.81 as and for union dues.

**IT IS FURTHER ORDERED** that Defendant shall timely comply with all reporting and payment obligations for hours worked during the months of January and May 2023 and all subsequent months.

**IT IS FURTHER ORDERED** that Plaintiff shall have judgment against Defendant for reasonable attorney's fees in the amount of $1,375.00 and for court costs incurred herein in excess of $405.00.

**IT IS FUTHER ORDERED** that Plaintiff shall be entitled to recover attorney's fees incurred in efforts to effectuate collection.

- 2 -

**IT IS FURTHER ORDERED** that the Clerk shall enter this Judgment for Plaintiffs and against Defendant and close this matter.

Dated this 25th day of September, 2023.

Honorable John J. Tuchi
United States District Judge